UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISON

HAMMER BRAND, LLC,

          Plaintiff,

v.                                          Case No.: 8:23-cv-1272-KKM-MRM

VORO, INC,

          Defendant,

And

NINGBO KAABO TECHNOLOGY CO., LTD.,

          Third-Party Defendant.

_____/

## UNOPPOSED MOTION FOR SPECIAL ADMISSION PRO HAC VICE

Tao Liu, Esq. moves for special admission to represent Third-Party Defendant Ningbo Kaabo Technology Co., Ltd., in this action.

I am neither a Florida resident nor a member in good standing of The Florida Bar.

I am licensed to practice in the State of New York and a member in good standing of the Supreme Court of The United States, U.S. District Courts for the New York Southern, Northern and Eastern Districts, Colorado District Court, Illinois Northern District Court, Texas Eastern District Court, and U.S. Court Of Appeals, Federal Circuit.

I have not abused the privilege of special admission by maintaining a regular law practice in Florida. I have initially appeared in the last thirty-six months in these cases in state or federal court in Florida:

I have not appeared in any cases in Florida in the last thirty-six months.

3

I will comply with the federal rules and this Court's local rules.

I am familiar with 28 U.S.C. § 1927, which provides:

Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

I have paid the fee for special admission or will pay the fee upon special admission.

I will register with the Court's CM/ECF system.

I affirm the oath, which states:

I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

/s/ Tao Liu
Tao Liu
Glacier Law LLP
41 Madison Avenue, Suite 2529
New York, NY 10010
Phone: 332-208-1505
Tao.liu@glacier.law

DATED: August 28, 2023.

Respectfully submitted,
/s/ Andrew J. Palmer
Andrew J. Palmer
Jared W. Gasman Attorney, P.A.
5353 N. Federal Highway, Suite 402
Fort Lauderdale, FL 33308
Phone: 954-771-7050
ajpalmer@gasmanlaw.com

**Local Rule 3.01(g) Certification**

Pursuant to Local Rule 3.01(g), the undersigned certifies that he has conferred with Plaintiff's counsel Ross M. Babbitt, and Defendant's counsel R. Joseph Trojan, who advise that they have no objection to the relief sought in this Motion.

4

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 28, 2023, I filed a true and accurate copy of the foregoing with the Clerk of the Court by using the CM/ECF system, and service was perfected on all counsel of record and interested parties through this system, which will deliver a true and correct copy of the foregoing documents via CM/ECF.

DATED: August 28, 2023.                    Respectfully submitted,

*/s/* Andrew J. Palmer
Andrew J. Palmer
Jared W. Gasman Attorney, P.A.
5353 N. Federal Highway, Suite 402
Fort Lauderdale, FL 33308
Phone: 954-771-7050
ajpalmer@gasmanlaw.com